UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HORACE LOGGINS,<br><br>                Petitioner,<br><br>   v.<br><br>JEFFERY A UTTECHT,<br><br>                Respondent. | CASE NO. C13-5143 BHS-JRC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is adopted;

(2) The Court dismisses this petition as time barred and in the alternative the Court dismisses the petition as procedurally barred; and

(3) The Court will not issue a certificate of appealability.

DATED this 20th day of August, 2013.

                                                                                         BENJAMIN H. SETTLE
                                                                                       United States District Judge

ORDER